# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1054

_____

| | | |
|---|---|---|
| Dorsie Kee, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| City of Pine Bluff, Arkansas, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: May 3, 2001
Filed: May 30, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Dorsie Kee appeals from the district court's[1] adverse judgment entered after a jury trial in this employment discrimination suit. We have carefully reviewed the record and the parties' submissions, and we conclude that Kee's various contentions fail, because (1) they raise matters for the first time on appeal, and no plain error occurred; (2) they challenge matters committed to the district court's sound discretion, and no prejudicial abuse of discretion occurred; (3) they raise ineffective assistance of

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas.

counsel, which is not a ground for reversal in a civil case; or (4) they raise matters that are simply meritless, and do not warrant an extended discussion. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

We deny Kee's motion for reconsideration of this court's denial of appellate counsel.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.